IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Wichita Docket)

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | Criminal Action |
| ) | |
| v. ) | No. 15-__10162_____-01-_EFM_ |
| ) | |
| **JUAN SALMERON-ACEVEDO**, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

That on or about November 4, 2015, in the District of Kansas, the defendant,

**JUAN SALMERON-ACEVEDO**,

a citizen of Mexico who is not a citizen or national of the United States, and who previously had been removed/deported, was found in the United States after having voluntarily re-entered and without having obtained the consent of the Attorney General of the United States and the Secretary of Homeland Security to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326(a) and (b), with reference to Title 6, United States Code, Sections 202(3), 202(4) and 557.

A TRUE BILL

| | |
|---|---|
| November 10, 2015 | s/Foreperson |
| DATE | FOREPERSON OF THE GRAND JURY |

s/Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
(316) 269-6484 (fax)
barry.grissom@usdoj.gov
KS. S. Ct. No. 10866

(It is requested that trial be held in Wichita, Kansas.)